# Court of Appeals
# of the State of Georgia

ATLANTA, December 09, 2025

*The Court of Appeals hereby passes the following order:*

**A26D0207. SAMUEL LEE LEWIS v. THE STATE.**

Proceeding pro se, Samuel Lee Lewis filed in the trial court a motion for appointment of counsel. The trial court denied the motion, and Lewis filed this application for discretionary appeal.

Although the application includes a copy of the order sought to be appealed, it does not contain a stamped "filed" copy of the order as required by Court of Appeals Rule 31 (c) and, without it, we are unable to determine whether the application was timely filed. On November 19, 2025, this Court ordered Lewis to supplement his application with a stamped-filed copy of the trial court's order within 10 days or the application would be dismissed. However, Lewis did not file the order within the time allowed.

Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/09/2025

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*